UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HEALTHY CHOICE SGH, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>ABP CORPORATION,<br><br>           Defendant. | CIV. NO. 2:14-2370 WBS DAD |
| HEALTHY CHOICE SM, LLC,<br><br>           Plaintiff,<br><br>ABP, CORPORATION; and DOES 1-50,<br><br>           Defendant. | CIV. NO. 2:14-2371 JAM AC |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because, although brought by different plaintiffs, the complaint in each case asserts substantially identical claims against the same defendant and involves substantially similar

1

factual and legal issues.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Healthy Choice SGH, LLC v. ABP Corporation, No. 2:14-cv-02370-WBS-DAD, and Healthy Choice SM, LLC v. ABP Corporation, No. 2:14-cv-02371-JAM-AC, be, and the same hereby are, deemed related and the case denominated Healthy Choice SM, LLC v. ABP Corporation, No. 2:14-cv-02371-JAM-AC, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Dale Drozd.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Healthy Choice SM, LLC v. ABP Corporation, No. 2:14-cv-02371-WBS-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  December 17, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE