1  ARTHUR L. PRESSMAN, BBO 643094
   (admitted pro hac vice)
2  apressman@nixonpeabody.com
   MORGAN C. NIGHAN, BBO 679546
3  (admitted pro hac vice)
   mnighan@nixonpeabody.com
4  NIXON PEABODY LLP
   100 Summer Street
5  Boston, MA 02110-2131
   Tel: 617-345-1158
6  Fax: 866-829-9268

7  GINA M. FORNARIO, SBN 246619
   gfornario@nixonpeabody.com
8  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
9  San Francisco, California 94111-3600
   Tel: 415-984-8200
10 Fax: 415-984-8300

11 Attorneys for Defendant
   ABP CORPORATION

12

13                  UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15 HEALTHY CHOICE SGH, LLC, et al.  |  Case No. 2:14-CV-02370-WBS-DAD

16                    Plaintiffs,   |  **ORDER GRANTING REQUEST FOR**
                                       **TELEPHONIC APPEARANCE**
17      vs.                         
                                       **Date:  October 19, 2015**
18 ABP CORPORATION,                    **Time:  2:00 p.m.**
                                       **Dept:  Courtroom 5, 14**th **floor**
19                    Defendant.       **Judge: The Honorable**
                                              **William B. Shubb**
20

21

22

23

24

25

26

27         Upon review of Arthur L. Pressman's, counsel for defendant

28

ABP Corporation ("ABP"), request for telephonic appearance on ABP's Motion to Lift Stay and to Dismiss Proceedings Without Prejudice ("Motion") presently set for hearing on October 19, 2015 at 2:00 p.m. PT, and for good cause appearing therein, this Court finds that:

1.   Mr. Pressman's request for telephonic appearance is GRANTED.

2.   On the above-specified date and time of the hearing, Mr. Pressman can be reached telephonically at:  (617) 345-1158.

3.   **The courtroom deputy shall email counsel with instructions on how to participate in the telephonic conference call**.


SO ORDERED.

Dated: September 29, 2015

_William B. Shubb_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE